**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-1039**

---

In re: DEANDRE JOHNSON,

　　　　　Petitioner.

---

On Petition for Writ of Mandamus.　(2:21-cv-00511-RAJ-LRL)

---

Submitted:　February 21, 2023　　　　　　　　Decided:　February 24, 2023

---

Before NIEMEYER and DIAZ, Circuit Judges, and MOTZ, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Deandre Johnson, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deandre Johnson petitions for a writ of mandamus, seeking an order directing the district court to grant relief on his pending 28 U.S.C. § 2254 petition.  We conclude that Johnson is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances.  *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018).  Further, mandamus relief is available only when the petitioner "has no other adequate means to attain the relief [he] desires" and demonstrates "a clear and indisputable right" to that relief.  *Murphy-Brown*, 907 F.3d at 795 (alteration and internal quotation marks omitted).

The relief sought by Johnson is not available by way of mandamus.  Accordingly, we deny the petition for writ of mandamus.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*